**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

DONALD ADAMS and
DONALD ADAMS, JR. by
his next friend and
parent, Donald Adams

Plaintiffs

vs. CA No.: 05 051 ML

JOSE RODRIGUES, alias
JOE RODRIGUES

Defendant

**ANSWER**

Defendant admits to paragraphs 2 and 3 of Plaintiff's Complaint. Defendant hereby denies each and every other allegation contained in Plaintiff's Complaint.

WHEREFORE, Defendant requests that the Plaintiff's Complaint be denied and dismissed and Plaintiff be ordered to pay all court costs and attorney's fees incurred as a direct result of this matter.

Jose Rodrigues,
Pro Se,

[signature]
181 Reynolds Ave
Providence, R.I.
02903

**CERTIFICATION**

I hereby certify that on this 9 day of March, 2005, I mailed a true copy of the within to Jorge Elorza, RI Legal Services, 56 Pine Street /4th Floor, Providence, RI 02903

[signature]

4