**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

DONALD ADAMS and
DONALD ADAMS, JR. by
his next friend and
parent, Donald Adams

Plaintiffs

vs. CA No.: 05 051 ML

JOSE RODRIGUES, alias
JOE RODRIGUES

Defendant

FILED
MAR 09 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## ENTRY OF APPEARANCE

I, Jose Rodrigues, hereby enter my appearance Pro Se in the above referenced matter.

Jose Rodrigues,
Pro Se,

181 Reynolds Ave
PROVIDENCE, RI 02905

## CERTIFICATION

I hereby certify that on this 9 day of March, 2005, I mailed a true copy of the within to:

Jorge Elorza
RI Legal Services
56 Pine Street /4th Floor
Providence, RI 02903

5