05-058

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DONALD ADAMS, ET AL

VS. C.A. NO. 05-051ML

JOSE RODRIGUES

ENTRY OF APPEARANCE

We hereby enter our appearance for the defendant.

Thomas C. Plunkett #1662
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
TEL (401) 831-2900
FAX (401) 331-7123

Edward Gomes
EDWARD GOMES #2485
91 Friendship Street
Providence, RI 02903
TEL (401) 521-5170
FAX (401) 421-0876

Dated: March 25, 2005
cc: Jorge Elorza, Esq.
RHODE ISLAND LEGAL SERVICES
56 Pine St. – 4th Floor
Providence, RI 02903

7