05-058 JL:SH 9/30/05

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

**DONALD ADAMS, ET AL**

**VS.** **C.A. NO. 05-051ML**

**JOSE RODRIGUES**

## MOTION TO EXTEND TIME FOR DISCOVERY

Defendant, Jose Rodriques, moves to extend the closure time of discovery from September 30, 2005, up to and including October 31, 2005. Defendant's counsel on September 16, 2005, forwarded a letter to defendant's insurer, Lezaola Insurance Agency, requesting coverage pursuant to his homeowner's insurance policy. Defendant requests this extension awaiting a response from the insurer either denying or accepting the claim. Plaintiff's counsel has no objection to this motion to extend.

Defendant respectfully requests that the motion be granted.

Giovanni La Terra Bellina (6070)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX

CC: Edward Gomes, Esq.
91 Friendship Street
Providence, RI 02903

Jorge Elorza, Esq.
ROGER WILLIAMS SCHOOL
OF LAW
Ten Metacom Ave.
Bristol, RI 02809

CERTIFICATION

I hereby certify that I mailed a copy of the within to counsel of record, as above.

Dated: September 30, 2005