05-058

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DONALD ADAMS, ET AL

VS. C.A. NO. 05-051ML

JOSE RODRIGUES

## DEFENDANT'S OBJECTION TO PLAINTIFFS' MOTION TO AMEND THEIR COMPLAINT

Defendant objects to Plaintiffs' motion to amend their complaint and relies upon the memorandum attached hereto.

Giovanni La Terra Bellina #6070
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
TEL (401) 831-2900
FAX (401) 331-7123

cc: Jorge Elorza, Esq.
ROGER WILLIAMS SCHOOL
OF LAW
TEN METACOM AVE.
BRISTOL, RI 02809

## CERTIFICATION

I hereby certify I mailed a copy of the within to counsel of record listed above.

Dated: October 27, 2005

05-058

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DONALD ADAMS, ET AL

VS. C.A. NO. 05-051ML

JOSE RODRIGUES

## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S OBJECTION TO PLAINTIFFS' MOTION TO AMEND THEIR COMPLAINT

Defendant objects to Plaintiffs' motion to amend their complaint on the grounds that the motion to amend fails to include a copy of the proposed amended complaint. Defendant has no opportunity to review the proposed amended complaint and specifically object upon the merits of the proposal. Also, plaintiffs are moving to amend their complaint on the eve of the close of discovery and subsequent to the deposition testimony taken from both plaintiffs and Ms. Christine Gorton. The amendment of this complaint would unduly prejudice the defendant, therefore defendant requests that plaintiffs' motion to amend their complaint be denied.

Giovanni La Terra Bellina #6070
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
TEL (401) 831-2900
FAX (401) 331-7123

cc: Jorge Elorza, Esq.
ROGER WILLIAMS SCHOOL
OF LAW
TEN METACOM AVE.
BRISTOL, RI 02809

CERTIFICATION

I hereby certify I mailed a copy of the within to counsel of record listed above.

Dated: October 27, 2005

B. Brown