05-058

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DONALD ADAMS, ET AL

VS. C.A. NO. 05-051ML

JOSE RODRIGUES

# MOTION TO AMEND

Now comes the defendant, Jose Rodrigues, and moves pursuant to Federal Rules of Civil Procedure 15 for leave to amend his answer to include the affirmative defense of res judicata. The amended form of the answer is attached hereto.

Giovanni La Terra Bellina #6070
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
TEL (401) 831-2900
FAX (401) 331-7123

EDWARD GØMES #2485
91 Friendship Street
Providence, RI 02903
TEL (401) 521-5170
FAX (401) 421-0876

cc: Jorge Elorza, Esq.
ROGER WILLIAMS SCHOOL
OF LAW
TEN METACOM AVE.
BRISTOL, RI 02809

**CERTIFICATION**

**I hereby certify I mailed a copy of the within to counsel of record listed above.**

**Dated: October 27, 2005**

B. Brown
______________________

05-058

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DONALD ADAMS, ET AL

VS. C.A. NO. 05-051ML

JOSE RODRIGUES

**DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF THE MOTION TO AMEND HIS ANSWER**

Defendant, Jose Rodrigues moves to amend his answer to include the affirmative defense of res judicata. Federal Rule of Civil Procedure, Rule 8 (c) requires that res judicata be affirmatively plead in a responsive pleading as a defense. Plaintiffs' complaint addresses issues that could have been litigated in previous proceedings in which plaintiffs were parties. As a result, the failure to raise the counts presently brought by the plaintiffs may be barred by res judicata.

Federal Rule of Civil Procedure 15(a) provides, in pertinent part, that leave to amend pleadings "shall be freely given when justice so requires." "To further the goal of deciding cases on their merits and avoiding adjudication by technicality, Rule 15 allows for amendment 'whereby a party who harmlessly failed to plead an affirmative defense may find satisfaction' rather than allowing the party to lose because of a minor technical mistake made in its original pleading." Dove v. Washing Metropolitan Area Transit Authority, 221 F.R.D. 246, 247. Plaintiff will not be prejudiced, nor will there be undue delay considering that facts and information regarding the previous cases have been addressed by both parties throughout the

discovery process of this pending action. No prejudice will inure to plaintiffs if the motion is granted.

Therefore, since such amendments should be liberally granted in the interest of justice, defendant requests that the motion to amend be granted.

Giovanni La Terra Bellina #6070
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
TEL (401) 831-2900
FAX (401) 331-7123

cc: Jorge Elorza, Esq.
ROGER WILLIAMS SCHOOL
OF LAW
TEN METACOM AVE.
BRISTOL, RI 02809

**CERTIFICATION**

I hereby certify I mailed a copy of the within to counsel of record listed above.

Dated: October 27, 2005