05-058

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DONALD ADAMS, ET AL

VS. C.A. NO. 05-051ML

JOSE RODRIGUES

# DEFENDANT'S AMENDED ANSWER TO PLAINTIFFS' COMPLAINT

Defendant admits the allegations contained in paragraphs 2 & 3.

Defendant denies the allegations contained in paragraphs 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26.

## COUNT I

Defendant denies the allegations contained in paragraph 27.

## COUNT II

Defendant denies the allegations contained in paragraph 28.

## COUNT III

Defendant denies the allegations contained in paragraph 29.

## COUNT IV

Defendant denies the allegations contained in paragraph 30.

## AFFIRMATIVE DEFENSE

The plaintiff is barred from maintaining the instant action because of the doctrine of res judicata.

Giovanni La Terra Bellina #6070
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
TEL (401) 831-2900
FAX (401) 331-7123

EDWARD GOMES #2485
91 Friendship Street
Providence, RI 02903
TEL (401) 521-5170
FAX (401) 421-0876