05-058

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DONALD ADAMS, ET AL

VS. C.A. NO. 05-051ML

JOSE RODRIGUES

**REQUEST FOR PRODUCTION OF DOCUMENTS
ADDRESSED TO PLAINTIFFS**

Pursuant to Rule 34 R.C.P., you are hereby requested to produce the following documents to be mailed to KIERNAN, PLUNKETT & REDIHAN, 91 Friendship Street, Providence, RI 02903, within forty (40) days from the date of service hereof:

1. All lease or rental agreements in existence at any time between the plaintiffs and the defendant including all attachment and exhibits t hereto.

2. All receipts, cancelled checks or other documentary evidence of payment of rent from the plaintiffs to the defendant.

3. Any and all documents evidencing complaints by the plaintiffs to the defendant in any manner relating to the rental of the property in question.

4. Any and all documents relevant to the allegations contained in the complaint.

5. Any and all documents itemizing or evidencing the damages allegedly suffered by the plaintiffs.

Thomas C. Plunkett #1662
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
TEL (401) 831-2900
FAX (401) 331-7123

EDWARD GOMES #2485
91 Friendship Street
Providence, RI 02903
TEL (401) 521-5170
FAX (401) 421-0876

cc: Jorge Elorza, Esq.
ROGER WILLIAMS SCHOOL
OF LAW
TEN METACOM AVE.
BRISTOL, RI 02809

CERTIFICATION

I hereby certify I mailed a copy of the within to counsel of record listed above.

Dated: September 14, 2005