**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

DONALD ADAMS and
DONALD ADAMS, JR. by
his next friend and parent, Donald
Adams,
Plaintiffs

vs. C.A. No. 05-51ML

JOSE RODRIGUES, alias
JOE RODRIGUES,
Defendant

## PLAINTIFF'S MOTION TO COMPEL FULL AND COMPLETE ANSWERS TO INTERROGATORIES

Plaintiff, Donald Adams, moves pursuant to Fed.R.Civ.P. 37(a)(2) to compel Defendant to provide fuller answers to his interrogatories. Specifically, Defendant seeks full and complete answers to the following interrogatories:

8. Please provide a complete accounting of all of Defendant's assets.

    a. Please state Defendant's ownership interest/share in each asset.
    b. Please state any liens or mortgages against Defendant's property.
    c. Please state the date in which each asset was acquired by Defendant.
    d. Please provide a fair market value for each of Defendant's assets, and if unknown, please provide the assessed value, if any, by the local tax assessor.

10. Please provide a list of all tenants who have occupied the apartments mentioned in Interrogatory Response #9 from January 2002 through the present.

    a. For each tenant, and to the best of Defendant's ability, please provide their race, their gender, their monthly/periodic rental obligation, the duration of their tenancy, their reasons for moving (if they have moved), and their last known address.

12. Please state the number of times Defendant has sought to evict someone from an apartment he owns or manages for the period January 2002 through the present. Please specify the name of the tenant, the date the complaint was filed, the court in which the complaint was filed, the basis for the complaint, the outcome of the litigation, and the Civil Action number.

19. Has Defendant called the police to complain about any tenants listed in Interrogatory Response #10? If so, please specify the name of the tenant, the reason for each call, the time and date of each call, and the outcome of each call.

Donald Adams, et al.
By Their Attorney,

Jorge Elorza, #6825
Roger Williams University School of Law
Ten Metacom Avenue
Bristol, Rhode Island 02809
(401) 254-4615
(401) 254-4640 – fax

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of November 2005, I caused to be mailed a copy of the foregoing to Giovanni La Terra Bellina, KIERNAN, PLUNKETT & REDIHAN, 91 Friendship Street, Providence, RI 02903 and (401) 331-7123.