05-058

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DONALD ADAMS, ET AL

VS. C.A. NO. 05-051ML

JOSE RODRIGUES

## DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION TO COMPEL FULL AND COMPLETE ANSWERS TO INTERROGATORIES

Now comes the defendant, Jose Rodrigues, in the above matter and objects to plaintiff's motion to compel full and complete answers to interrogatories and relies upon the memorandum attached hereto.

Giovanni La Terra Bellina #6070
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
TEL (401) 831-2900
FAX (401) 331-7123

cc: Jorge Elorza, Esq.
ROGER WILLIAMS SCHOOL
OF LAW
TEN METACOM AVE.
BRISTOL, RI 02809

CERTIFICATION

I hereby certify I mailed a copy of the within to counsel of record listed above.

Dated: November 4, 2005

05-058

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DONALD ADAMS, ET AL

VS. C.A. NO. 05-051ML

JOSE RODRIGUES

MEMORANDUM IN SUPPORT OF
DEFENDANT'S OBJECTION TO PLAINTIFF'S
MOTION TO COMPEL FULL AND COMPLETE
ANSWERS TO INTERROGATORIES

Defendant hereby objects to plaintiffs' motion to compel full and complete answers to interrogatories on the grounds that plaintiff is seeking to compel discovery after the deadline discovery had expired on October 31, 2005. The discovery is now closed and plaintiff should not be permitted to seek further discovery at this time. Also, plaintiff's motion is seeking a further response to interrogatory number 8 which is requesting an accounting of all defendant's assets. The cause of action that is pending before this court deals with discrimination and accounting of defendant's assets is irrelevant to the matter as well as unduly burdensome.

Plaintiff also seeks interrogatory number 10, the identity of all tenants who have occupied apartments rented by Mr. Rodrigues from January, 2002 to the present. Once again the information sought is irrelevant in that there is no evidence to show that Mr. Rodrigues had discriminated against any other tenants in the past nor would that information be relevant to the instant matter.

Further, in interrogatory number 12, plaintiff is seeking similar information of tenants except specifically seeking the information for those evicted from apartments rented by Mr. Rodrigues. This information is both irrelevant and unduly burdensome.

Finally, plaintiff seeks in interrogatory number 19 the identift of tenants whom Mr. Rodrigues has called the police to complain about. This information is also irrelevant and unduly burdensome.

**Defendant hereby requests that this court deny plaintiff's motion to compel full and complete answers to the above stated interrogatories.**

Giovanni La Terra Bellina #6070
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
TEL (401) 831-2900
FAX (401) 331-7123

**cc: Jorge Elorza, Esq.**
**ROGER WILLIAMS SCHOOL OF LAW**
**TEN METACOM AVE.**
**BRISTOL, RI 02809**

**CERTIFICATION**

**I hereby certify I mailed a copy of the within to counsel of record listed above.**

**Dated: November 4, 2005**