UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
NOV 03 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

DONALD ADAMS and
DONALD ADAMS, JR. by
his next friend and parent, Donald
Adams,
Plaintiffs

vs. C.A. No. 05-51ML

JOSE RODRIGUES, alias
JOE RODRIGUES,
Defendant

**PLAINTIFF'S MOTION TO EXTEND TIME FOR DISCOVERY**

Plaintiff hereby moves to extend the time for Discovery from October 31, 2005 to November 30, 2005. Plaintiff's counsel recently received, on October 19, 2005, Defendants response to Plaintiff's Request for Production of Documents. Additionally, Defendant's answers to Plaintiff's Interrogatories have not been fully answered. As such, Plaintiff is still waiting for Defendant to fully comply with the discovery requests. At the present time, Plaintiff is attempting to resolve this issue with Defendant without having to file the appropriate motion. If Defendant does not comply with Plaintiff's discovery request, Plaintiff will file the appropriate Motion to Compel. In any case, Plaintiff will need additional discovery time to review Defendant's responses and arrange for appropriate depositions thereafter.

Defendant does not object to this motion.

Plaintiff respectfully request that this motion be granted.

Donald Adams, et al.
By Their Attorney,

Jorge Elorza, #6825

Granted.
Mary M. Lisi
USDJ 11/7/05

Roger Williams University School of Law
Ten Metacom Avenue
Bristol, Rhode Island 02809
(401) 254-4615
(401) 254-4640 – fax

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of November 2005, I caused to be mailed a copy of the foregoing to Giovanni La Terra Bellina, Esquire, KIERNAN, PLUNKETT & REDIHAN, 91 Friendship Street, Providence, RI 02903 and faxed to (401) 331-7123.