05-058

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
OCT 31 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

DONALD ADAMS, ET AL

VS. C.A. NO. 05-051ML

JOSE RODRIGUES

MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Now comes the defendant in the above matter and moves that plaintiffs be compelled to furnish the documents requested on or about September 15, 2005. Said defendant requests a ten (10) day order enter.

Giovanni La Terra Bellina #6070
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
TEL (401) 831-2900
FAX (401) 331-7123

cc: Jorge Elorza, Esq.
ROGER WILLIAMS SCHOOL
OF LAW
TEN METACOM AVE.
BRISTOL, RI 02809

No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.

Barbara Barletta
Deputy Clerk
Date: 11/18/05