**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

DONALD ADAMS and
DONALD ADAMS, JR. by
his next friend and parent, Donald
Adams,
Plaintiffs

vs. C.A. No. 05-51ML

JOSE RODRIGUES, alias
JOE RODRIGUES,
Defendant

**MOTION TO WITHDRAWPLAINTIFF'S MOTION TO COMPELL FULLER ANSWERS TO INTERROGATORIES**

Plaintiff, Donald Adams, moves to Withdraw Plaintiff's Motion to Compel Fuller Answers to Interrogatories. Plaintiff asks that the Motion be withdrawn without prejudice.

Plaintiff, Donald Adams,
By and Through Counsel,

Jorge Elorza, #6825
Roger Williams University
School of Law
Ten Metacom Avenue
Bristol, RI 02809
(401)254-4615
(401)254-4640 – fax

**CERTIFICATION**

I hereby certify that on the 2nd day of November, 2005 I ~~mailed and faxed~~ hand-delivered (JE) a copy of the forgoing to Giovanni La Terra Bellina, KIERNAN, PLUNKETT & REDIHAN, 91 Friendship Street, Providence, RI 02903 and (401) 331-7123.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

DONALD ADAMS and
DONALD ADAMS, JR. by
his next friend and parent, Donald
Adams,
Plaintiffs

vs. C.A. No. 05-51ML

JOSE RODRIGUES, alias
JOE RODRIGUES,
Defendant

**MEMORANDUM IN SUPPORT OF**
**MOTION TO WITHDRAW PLAINTIFF'S MOTION**
**TO COMPELL FULLER ANSWERS TO INTERROGATORIES**

Plaintiff and Defendant have tentatively agreed to a settlement in this civil action. As such, Plaintiff is discontinuing all discovery proceedings at the present time. If for some reason, the settlement agreement does not become final, Plaintiff intends on resuming discovery proceedings.

Plaintiff prays that this court grant Plaintiff's Motion to withdraw the Motion scheduled for hearing on November 30, 2005, without prejudice.

Defendant does not object to this Motion.

Plaintiff, Donald Adams,
By and Through Counsel,

Jorge Elorza, #6825
Roger Williams University
School of Law
Ten Metacom Avenue
Bristol, RI 02809
(401)254-4615
(401)254-4640 – fax

**CERTIFICATION**

I hereby certify that on the 2nd day of November, 2005 I mailed and faxed a copy of the forgoing to Giovanni La Terra Bellina, KIERNAN, PLUNKETT & REDIHAN, 91 Friendship Street, Providence, RI 02903 and (401) 331-7123.