UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
DEC 2 2005
DISTRICT OF RHODE ISLAND

DONALD ADAMS and
DONALD ADAMS, JR. by
his next friend and parent, Donald
Adams,
Plaintiffs

vs. C.A. No. 05-51ML

JOSE RODRIGUES, alias
JOE RODRIGUES,
Defendant

**MOTION TO WITHDRAWPLAINTIFF'S MOTION TO COMPELL FULLER ANSWERS TO INTERROGATORIES**

Plaintiff, Donald Adams, moves to Withdraw Plaintiff's Motion to Compel Fuller Answers to Interrogatories. Plaintiff asks that the Motion be withdrawn without prejudice.

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☐ for determination
☐ ___
Mary M. Lisi, U.S. District Judge
Date: 12/5/05

GRANTED.
David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
December 7, 2005

Plaintiff, Donald Adams,
By and Through Counsel,

Jorge Elorza, #6825
Roger Williams University
School of Law
Ten Metacom Avenue
Bristol, RI 02809
(401)254-4615
(401)254-4640 – fax

**CERTIFICATION**

I hereby certify that on the 2nd day of November, 2005 I ~~mailed and faxed~~ hand-delivered (JE) a copy of the forgoing to Giovanni La Terra Bellina, KIERNAN, PLUNKETT & REDIHAN, 91 Friendship Street, Providence, RI 02903 and (401) 331-7123.

RECEIVED
DEC 0 5 2005
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND