12/5

05-058

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DONALD ADAMS, ET AL

VS. C.A. NO. 05-051ML

JOSE RODRIGUES

**IN THE ABOVE ENTITLED CAUSE, IT IS HEREBY AGREED THAT THE FOLLOWING ENTRY BE MADE:**

DISMISSED WITH PREJUDICE, NO COSTS.

JORGE ELORZA #6825
Jorge Elorza
(PLAINTIFF'S ATTORNEY – PRINTED NAME) (SIGNATURE)

GIOVANNI LA TERRA BELLINA #6070
(DEFENDANT'S ATTORNEY – PRINTED NAME) (SIGNATURE)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903

DATED: November 23, 2005

Enter:
Mary M. Lisi
USDJ 12/8/05